**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SKS PROPERTIES SE, LLC, | ) | Case No. 11-28134 |
| | ) | |
| Debtor. | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | Hearing: June 5, 2013 at 10:00 a.m. |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **June 5, 2013 at 10:00 a.m**., or as soon thereafter as counsel may be heard, we shall appear before the Honorable A. Benjamin Goldgar in the courtroom usually occupied by him, Courtroom No. 613, in the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois, or before any judge who may be sitting in his place or stead, and shall then and there present the **Final Application of Howard B. Richter & Associates, Inc. for Allowance of Compensation and Reimbursement of Expenses**, a copy of which is attached hereto and hereby served upon you, at which time and place you may appear as you see fit.


Dated: May 15, 2013                           **SKS PROPERTIES SE, LLC**

                                              By:  /s/ *David L. Kane*
                                                    One of Its Attorneys

Forrest B. Lammiman (ARDC No. 6208632)
David L. Kane (ARDC No. 6277758)
MELTZER, PURTILL & STELLE LLC
300 South Wacker Drive, Suite 3500
Chicago, Illinois 60606
(312) 987-9900
(312) 987-9854 (facsimile)

{33568: 002: 01126505.DOC : }

## CERTIFICATE OF SERVICE

I, David L. Kane, an attorney, certify that on May 15, 2013, I caused copies of the attached **Notice of Motion** and **Final Application of Howard B. Richter & Associates, Inc. for Allowance of Compensation and Reimbursement of Expenses**, to be served (i) via electronic notice on the parties registered in the Court's CM/ECF system and (ii) via First Class U.S. Mail upon the following parties below, as noted:

By:  /s/ *David L. Kane*


Served via CM/ECF electronic notice

- Paige E Barr     paige.barr@kattenlaw.com
- David L Kane     dkane@mpslaw.com,
  dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
- Forrest B Lammiman     flammiman@mpslaw.com,
  dkane@mpslaw.com;srogovin@mpslaw.com;dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
- Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
- Michael C. Moody     mmoody@orourkeandmoody.com,
  firm@orourkeandmoody.com,morourke@orourkeandmoody.com
- Peter A Siddiqui     peter.siddiqui@kattenlaw.com

Served via First Class U.S. Mail

See Service List attached hereto.

{33568: 002: 01126505.DOC : }

John Josephitis
10226 S. Hyland
Chicago Ridge, IL 60415

Joseph Farwell
426 S. Ridge
Arlington Heights, IL 60005

Sandrick Law Firm
1581 Huntington Dr.
Calumet City, IL 60409

Village of Chicago Ridge
10455 S. Ridgeland
Chicago Ridge, IL 60415

Lulkin & Assoc .
4211 Main St.
Skokie, IL 60076

ComEd
PO Box 6112
Carol Stream, IL 60197-6112

Robert Nilles
10340 S. Ridgeland Ave., #311
Chicago Ridge, IL. 60415

Sovereign Bank, N.A.
Peter A. Siddiqui
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661

Renee Williams
10400 S. Ridgeland Ave., #209
Chicago Ridge, II. 60415

Nicor Gas
PO Box 2020
Aurora, IL 60507

AT&T
PO Box 8100
Aurora, IL 60507

Dawn Feltz
31 58th Street, #5B
Clarendon Hills, IL 60514

Dennis Nolan P.C.
221 Railroad Ave.
Bartlett, IL 60103

Dean Vollette
10408 S. Ridgeland Avenue, #302
Chicago Ridge, IL 60415

Denise Williams
10350 S. Ridgeland Ave., #306
Chicago Ridge, IL 60415

Jason Canby
9219 S. Central
Chicago Ridge, IL 60415

Sonja Burnell
10340 S. Ridgeland Ave., #104
Chicago Ridge, IL 60415

Trugreen
1935 Lombardy Drive
Rapid City, SD 57701

Steve Zumbo
10340 S. Ridgeland Ave., #112
Chicago Ridge, IL 60415

Bill Britz
9429 S. Kenton, Apt. #2N
Oak Lawn, IL 60453

Samira Young
10340 S. Ridgeland Ave. - #102
Chicago Ridge, IL 60415

Nellina Rogers
10408 S. Ridgeland Avenue, #215
Chicago Ridge, IL 60415

Phillip Raney
6351 Birmingham St., #3E
Chicago Ridge, IL 60415

Linda Lyons
10340 S. Ridgeland Ave., #201
Chicago Ridge, IL 60415

Dobson Landscaping
12108 Derby Lane
Orland Park, IL 60464

Tarina Riley
10340 S. Ridgeland Avenue, #302
Chicago Ridge, IL 60415

Angelic Washington
13301 Central Park Ave.
Robbins, IL 60472

Metro Clerking
134 N. LaSalle Street, Suite 1320
Chicago, IL 60602

Marcell Clemon
10340 S. Ridgeland Avenue, #313
Chicago Ridge, IL 60415

Alma Johnson
11849 S. Karlov Ave., #1B
Alsip, IL 60803

Karen Swims
10350 S. Ridgeland Avenue, #109
Chicago Ridge, IL 60415

Greg Serenda
10350 S. Ridgeland Avenue, #107
Chicago Ridge, IL 60415

Carol Horalek
10350 S. Ridgeland Avenue, #105
Chicago Ridge, IL 60415

Jose Granados
10350 S. Ridgeland Avenue, #207
Chicago Ridge, IL 60415

Torris Vaughn
10350 S. Ridgeland Avenue, #205
Chicago Ridge, IL 60415

Cybille Alexander
10350 S. Ridgeland Avenue, #206
Chicago Ridge, IL 60415

Nanatumbu Wright
P.O. Box 25044
Chicago, IL 60625

Jennifer Liapis
10400 S. Ridgeland Ave., #109
Chicago Ridge, IL 60415

Eddie Brown
10350 S. Ridgeland Avenue, #209
Chicago Ridge, IL 60415

Charmie McKinney
10400 S. Ridgeland Ave., #107
Chicago Ridge, IL 60415

Nancy Cedeno
10113 S. Karlov Ave.
Oak Lawn, IL 60453

Marsha Firsel
10350 S. Ridgeland Avenue, #305
Chicago Ridge, IL 60415

Amina Boudaz
6729 W. Lloyd Dr., #5
Worth, IL 60482

Nora Contreras
9808 Mansfield Ave.
Oak Lawn, IL 60453

Melanie Mills
16733 Forest Ave., #3N
Oak Forest, IL 60452

Carla Rubio
10400 S. Ridgeland Ave.
Chicago Ridge, IL 60415

Robert Baldwin
10400 S. Ridgeland Ave., #106
Chicago Ridge, IL 60415

Kiwana Bickerstaff
10408 S. Ridgeland Avenue, #202
Chicago Ridge, IL 60415

Joseph Bosch
10400 S. Ridgeland Ave., #207
Chicago Ridge, IL 60415

Farwell Real Estate
2340 S. Arlington Heights Road, #202
Arlington Heights, IL 60005

Malarczyk
10400 S. Ridgeland Avenue, #307
Chicago Ridge, IL 60415

Alicia Mitchell
10400 S. Ridgeland Avenue, #211
Chicago Ridge, IL 60415

Fatai Otokiti
10408 S. Ridgeland Avenue, #214
Chicago Ridge, IL 60415

Damon Williams
10400 S. Ridgeland Avenue, #310
Chicago Ridge, IL 60415

Dione Bigby
10400 S. Ridgeland Avenue, #305
Chicago Ridge, IL 60415

Jenny L. Jones
10408 S. Ridgeland Avenue, #313
Chicago Ridge, IL 60415

Stephanie Kraslen
10400 S. Ridgeland Avenue, #312
Chicago Ridge, IL 60415

Sergio Diaz
10400 S. Ridgeland Avenue, #311
Chicago Ridge, IL 60415

Erica Lavelle
10400 S. Ridgeland Avenue, #309
Chicago Ridge, IL 60415

Kerry Barton
10408 S. Ridgeland Avenue, #104
Chicago Ridge, IL 60415

Derrick James
10408 S. Ridgeland Avenue, #102
Chicago Ridge, IL 60415

Cindy Luna
10400 S. Ridgeland Avenue
Chicago Ridge, IL 60415

Office of the U.S. Trustee-Region 11
219 S. Dearborn St. – Room 873
Chicago, IL 60604

David Messing
10408 S. Ridgeland Avenue, #115
Chicago Ridge, IL 60415

Richard Kisel
10408 S. Ridgeland Avenue, #103
Chicago Ridge, IL 60415

Elaine Wilczek
10340 S. Ridgeland Ave., #111
Chicago Ridge, IL 60415

Michael C. Moody
O'Rourke & Moody
55 W. Wacker Dr. – Suite 1400
Chicago, IL 60601-1799

Joshua A. Gadharf
McDonald Hopkins PLC
39533 Woodward Ave., #318
Bloomfield Hills, MI 48304-5106

Jason Canby
10907 Lloyd
Worth, IL 60482-1549

McKinney
10400 S. Ridgeland Ave., #107
Chicago Ridge, IL 60415

SKS Properties SE, LLC
2340 S. Arlington Heights Rd.
Suite 202
Arlington Heights, IL 60005

Sean Broomans
10540 Brooks Lane, #C7
Chicago Ridge, IL 60415

Paige E. Barr
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 6061-3693

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SKS PROPERTIES SE, LLC, | ) | Case No. 11-28134 |
| | ) | |
| Debtor. | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | Hearing: June 5, 2013 at 10:00 a.m. |

**FINAL APPLICATION OF HOWARD B. RICHTER & ASSOCIATES, INC.
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Howard B. Richter & Associates, Inc. ("HBR"), appraiser to SKS Properties SE, LLC,

debtor and debtor-in-possession in the above-captioned case ("SKS" or the "Debtor"), pursuant

to 11 U.S.C. §§ 330, 331 and 503(b)(2), hereby applies (the "Final Application") for the entry of

an order allowing as its final compensation the amount of $1,625.00 for appraisal-related

services and $66.29 for expenses rendered during the period from April 1, 2012 to May 1, 2012.

Of the total amount of fees sought in this Fee Application, $1,625.00 for appraisal-related

services and $66.29 for expenses remains currently outstanding.  In addition, HBR seeks final

allowance of all amounts previously allowed on an interim basis.  In support of its Final

Application, HBR respectfully states as follows:

**INTRODUCTION**

1.      This Court has jurisdiction over this first interim Fee Application pursuant to 28

U.S.C. §§ 157 and 1334. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and

1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      On July 7, 2011 (the "Petition Date"), SKS filed a voluntary petition for relief

under Chapter 11 of the Bankruptcy Code.  The Debtor continues to operate its business and

{33568: 002: 01126505.DOC : }

manage its property as debtor-in-possession pursuant to sections 1107(c) and 1108 of the Bankruptcy Code.  No committee has been appointed in this case.

3.      On September 21, 2011, the Court entered an Order [Dkt. No. 56] (the "HBR Retention Order") approving the Debtor's retention of HBR as its appraiser retroactive to September 15, 2011.  Pursuant to the HBR Retention Order, the Court authorized the Debtor to pay HBR its initial appraisal fee of $6,500.00 (with such fee allowed only on an interim basis pending HBR's fee application seeking allowance of same).

4.      The HBR Retention Order authorized the Debtor to pay HBR a flat rate of $6,500.00 for issuance of an appraisal report for the Debtor's primary asset, Ridgeland Court Apartments in Chicago Ridge, Illinois.  The appraisal report was delivered to the Debtor on or about October 11, 2011, and the appraisal fee was paid to HBR by the Debtor at that time pursuant to the HBR Retention Order.

5.      On April 25, 2012, the Court entered an order [Dkt. No. 148] allowing HBR's first interim fee application in the amount of $14,900.00, which amount included interim allowance of the initial $6,500.00 flat-rate appraisal fee.

### HBR PROFESSIONALS AND SERVICES PROVIDED

6.      The HBR professionals performing services for the Debtor, and their respective billing rates, are set forth in the chart below.  The rates for the HBR professionals listed below are customary, reasonable and comparable to hourly rates charged for similar services by similarly skilled professionals.

### SUMMARY BY TIMEKEEPER

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| Howard B. Richter | Litigation-related services | 250.00 | 6.5 | 1,625.00 |
| **Total** | | | **6.5** | **$1,625.00** |

{33568: 002: 01126505.DOC : }

7.      Pursuant to Bankruptcy Rule 2016(a), a narrative summary of the services rendered by HBR during the period from April 1, 2012 to May 1, 2012 is set forth herein. Itemized descriptions of the specific hourly services rendered by HBR to the Debtor during this period are reflected on the billing statement attached hereto as **Exhibit A**.

8.      There has been no unnecessary duplication of services by HBR professionals. Where two or more professionals participated in any activity, such joint participation was necessary as a result of (a) either the size or complexity of the matters involved or (b) the need to familiarize each professional with the matters at issue so that such professional could perform further necessary services.

## SUMMARY BY TASK

9.      The hourly tasks performed by HBR in each of the listed categories and the fees and expenses incurred by HBR are summarized below as follows:

**Litigation-Related Services**.   The fees in this category include, without limitation, time expended preparing for testimony, review of opposition appraisals and related documents, sitting for depositions, and 50% of travel time for such depositions.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| Howard B. Richter | Litigation-related services | 250.00 | 6.5 | 1,625.00 |
| **Total** | | | **6.5** | **$1,625.00** |

**Expenses**.   The expenses in this category include, without limitation, parking expenses and mileage reimbursement.

| Timekeeper | Category | Amount |
|---|---|---|
| Howard B. Richter | Parking | 23.00 |
| Howard B. Richter | Mileage Reimbursement | 43.29 |
| **Total** | | **$66.29** |

{33568: 002: 01126505.DOC : }

10.     HBR respectfully submits that the fee and expense reimbursement sought to be approved herein is reasonable given the nature, extent and value of services rendered, the complexity of the issues, the quality and skill which the matters required and the costs of comparable services in similar case under chapter 11 in this District.

11.     HBR has expended a total of 6.5 hours during the period covered by this Final Application for the services described above.  The total value of the services and the allowance of compensation requested for those services is $1,625.00.   In addition, HBR incurred reasonable expenses in the amount of $66.29.

12.     HBR requests that the order approving this Final Application be effective immediately upon entry.

### NOTICE

13.     Notice of this Fee Application has been given to: (a) the Office of the United States Trustee; (b) counsel to the Lender; (c) each party that has filed an appearance or requested notice pursuant to Federal Bankruptcy Rule 2002 and (d) each of the creditors set forth on the Debtor's creditor matrix in this case.  In light of the nature of the relief requested, HBR submits that no further notice should be required.

[*Remainder of page intentionally left blank*]

WHEREFORE, HBR respectfully requests that the Court enter an order (a) allowing and awarding on a final basis as HBR's compensation for the period from April 1, 2012 to May 1, 2012 the amount of $1,625.00 in fees and $66.29 in expenses, (b) allowing on a final basis the amount of $14,900.00 previously allowed to HBR on an interim basis, and (c) granting such other and further relief as is just and proper.

Dated: May 15, 2013                                   Respectfully submitted,

                                                      **HOWARD B. RICHTER & ASSOCIATES,
                                                      INC.**


                                                      By:  /s/ *Howard B. Richter*
                                                              President


                                                      **MELTZER, PURTILL & STELLE LLC**


                                                      By:  /s/ *David L. Kane*
                                                              One of the Debtor's Attorneys

Forrest B. Lammiman (ARDC No. 6208632)
David L. Kane (ARDC No. 6277758)
MELTZER, PURTILL & STELLE LLC
300 South Wacker Drive, Suite 3500
Chicago, Illinois 60606
(312) 987-9900
(312) 987-9854 (facsimile)

{33568: 002: 01126505.DOC : }