# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SKS PROPERTIES SE, LLC, | ) | Case No. 11-28134 |
| | ) | |
| Debtor. | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | Hearing: June 5, 2013 at 10:00 a.m. |

## NOTICE OF MOTION

  PLEASE TAKE NOTICE that on **June 5, 2013 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable A. Benjamin Goldgar in the courtroom usually occupied by him, Courtroom No. 613, in the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois, or before any judge who may be sitting in his place or stead, and shall then and there present the **Final Application of Meltzer, Purtill & Stelle LLC for Allowance of Compensation and Reimbursement of Expenses**, a copy of which is attached hereto and hereby served upon you, at which time and place you may appear as you see fit.

Dated: May 15, 2013               **SKS PROPERTIES SE, LLC**

                               By: /s/ *David L. Kane*
                                  One of Its Attorneys

David L. Kane (ARDC No. 6277758)
MELTZER, PURTILL & STELLE LLC
300 South Wacker Drive, Suite 3500
Chicago, Illinois 60606
(312) 987-9900
(312) 987-9854 (facsimile)

{33568: 002: 01127202.DOC : }

# **CERTIFICATE OF SERVICE**

I, David L. Kane, an attorney, certify that on May 15, 2013, I caused copies of the attached **Notice of Motion** and **Final Application of Meltzer, Purtill & Stelle LLC for Allowance of Compensation and Reimbursement of Expenses** to be served (i) via electronic notice on the parties registered in the Court's CM/ECF system and (ii) upon the attached Service List via First Class U.S. Mail, postage prepaid, as noted below:

By:  /s/ *David L. Kane*

Served via CM/ECF electronic notice

- Paige E Barr    paige.barr@kattenlaw.com
- David L Kane    dkane@mpslaw.com, dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
- Forrest B Lammiman    flammiman@mpslaw.com, dkane@mpslaw.com;srogovin@mpslaw.com;dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Michael C. Moody    mmoody@orourkeandmoody.com, firm@orourkeandmoody.com,morourke@orourkeandmoody.com
- Peter A Siddiqui    peter.siddiqui@kattenlaw.com

Served via First Class U.S. Mail

See attached Service List

John Josephitis
10226 S. Hyland
Chicago Ridge, IL 60415

Joseph Farwell
426 S. Ridge
Arlington Heights, IL 60005

Sandrick Law Firm
1581 Huntington Dr.
Calumet City, IL 60409

Village of Chicago Ridge
10455 S. Ridgeland
Chicago Ridge, IL 60415

Lulkin & Assoc .
4211 Main St.
Skokie, IL 60076

ComEd
PO Box 6112
Carol Stream, IL 60197-6112

Robert Nilles
10340 S. Ridgeland Ave., #311
Chicago Ridge, IL. 60415

Sovereign Bank, N.A.
Peter A. Siddiqui
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661

Renee Williams
10400 S. Ridgeland Ave., #209
Chicago Ridge, Il. 60415

Nicor Gas
PO Box 2020
Aurora, IL 60507

AT&T
PO Box 8100
Aurora, IL 60507

Dawn Feltz
31 58th Street, #5B
Clarendon Hills, IL 60514

Dennis Nolan P.C.
221 Railroad Ave.
Bartlett, IL 60103

Dean Vollette
10408 S. Ridgeland Avenue, #302
Chicago Ridge, IL 60415

Denise Williams
10350 S. Ridgeland Ave., #306
Chicago Ridge, IL 60415

Jason Canby
9219 S. Central
Chicago Ridge, IL 60415

Sonja Burnell
10340 S. Ridgeland Ave., #104
Chicago Ridge, IL 60415

Trugreen
1935 Lombardy Drive
Rapid City, SD 57701

Steve Zumbo
10340 S. Ridgeland Ave., #112
Chicago Ridge, IL 60415

Bill Britz
9429 S. Kenton, Apt. #2N
Oak Lawn, IL 60453

Samira Young
10340 S. Ridgeland Ave. - #102
Chicago Ridge, IL 60415

Nellina Rogers
10408 S. Ridgeland Avenue, #215
Chicago Ridge, IL 60415

Phillip Raney
6351 Birmingham St., #3E
Chicago Ridge, IL 60415

Linda Lyons
10340 S. Ridgeland Ave., #201
Chicago Ridge, IL 60415

Dobson Landscaping
12108 Derby Lane
Orland Park, IL 60464

Tarina Riley
10340 S. Ridgeland Avenue, #302
Chicago Ridge, IL 60415

Angelic Washington
13301 Central Park Ave.
Robbins, IL 60472

Metro Clerking
134 N. LaSalle Street, Suite 1320
Chicago, IL 60602

Marcell Clemon
10340 S. Ridgeland Avenue, #313
Chicago Ridge, IL 60415

Alma Johnson
11849 S. Karlov Ave., #1B
Alsip, IL 60803

Karen Swims
10350 S. Ridgeland Avenue, #109
Chicago Ridge, IL 60415

Greg Serenda
10350 S. Ridgeland Avenue, #107
Chicago Ridge, IL 60415

Carol Horalek
10350 S. Ridgeland Avenue, #105
Chicago Ridge, IL 60415

Jose Granados
10350 S. Ridgeland Avenue, #207
Chicago Ridge, IL 60415

Torris Vaughn
10350 S. Ridgeland Avenue, #205
Chicago Ridge, IL 60415

Cybille Alexander
10350 S. Ridgeland Avenue, #206
Chicago Ridge, IL 60415

Nanatumbu Wright
P.O. Box 25044
Chicago, IL 60625

Jennifer Liapis
10400 S. Ridgeland Ave., #109
Chicago Ridge, IL 60415

Eddie Brown
10350 S. Ridgeland Avenue #209
Chicago Ridge, IL 60415

Charmie McKinney
10400 S. Ridgeland Ave., #107
Chicago Ridge, IL 60415

Nancy Cedeno
10113 S. Karlov Ave.
Oak Lawn, IL 60453

Marsha Firsel
10350 S. Ridgeland Avenue, #305
Chicago Ridge, IL 60415

Amina Boudaz
6729 W. Lloyd Dr., #5
Worth, IL 60482

Nora Contreras
9808 Mansfield Ave.
Oak Lawn, IL 60453

Melanie Mills
16733 Forest Ave., #3N
Oak Forest, IL 60452

Carla Rubio
10400 S. Ridgeland Ave.
Chicago Ridge, IL 60415

Robert Baldwin
10400 S. Ridgeland Ave., #106
Chicago Ridge, IL 60415

Kiwana Bickerstaff
10408 S. Ridgeland Avenue, #202
Chicago Ridge, IL 60415

Joseph Bosch
10400 S. Ridgeland Ave., #207
Chicago Ridge, IL 60415

Farwell Real Estate
2340 S. Arlington Heights Road, #202
Arlington Heights, IL 60005

Malarczyk
10400 S. Ridgeland Avenue, #307
Chicago Ridge, IL 60415

Alicia Mitchell
10400 S. Ridgeland Avenue, #211
Chicago Ridge, IL 60415

Fatai Otokiti
10408 S. Ridgeland Avenue, #214
Chicago Ridge, IL 60415

Damon Williams
10400 S. Ridgeland Avenue, #310
Chicago Ridge, IL 60415

Dione Bigby
10400 S. Ridgeland Avenue, #305
Chicago Ridge, IL 60415

Jenny L. Jones
10408 S. Ridgeland Avenue, #313
Chicago Ridge, IL 60415

Stephanie Kraslen
10400 S. Ridgeland Avenue, #312
Chicago Ridge, IL 60415

Sergio Diaz
10400 S. Ridgeland Avenue, #311
Chicago Ridge, IL 60415

Erica Lavelle
10400 S. Ridgeland Avenue, #309
Chicago Ridge, IL 60415

Kerry Barton
10408 S. Ridgeland Avenue, #104
Chicago Ridge, IL 60415

Derrick James
10408 S. Ridgeland Avenue, #102
Chicago Ridge, IL 60415

Cindy Luna
10400 S. Ridgeland Avenue
Chicago Ridge, IL 60415

Office of the U.S. Trustee-Region 11
219 S. Dearborn St. – Room 873
Chicago, IL 60604

David Messing
10408 S. Ridgeland Avenue, #115
Chicago Ridge, IL 60415

Richard Kisel
10408 S. Ridgeland Avenue, #103
Chicago Ridge, IL 60415

Elaine Wilczek
10340 S. Ridgeland Ave., #111
Chicago Ridge, IL 60415

Michael C. Moody
O'Rourke & Moody
55 W. Wacker Dr. – Suite 1400
Chicago, IL 60601-1799

Joshua A. Gadharf
McDonald Hopkins PLC
39533 Woodward Ave., #318
Bloomfield Hills, MI 48304-5106

Jason Canby
10907 Lloyd
Worth, IL 60482-1549

McKinney
10400 S. Ridgeland Ave., #107
Chicago Ridge, IL 60415

SKS Properties SE, LLC
2340 S. Arlington Heights Rd.
Suite 202
Arlington Heights, IL 60005

Sean Broomans
10540 Brooks Lane, #C7
Chicago Ridge, IL 60415

Paige E. Barr
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 6061-3693

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SKS PROPERTIES SE, LLC, | ) | Case No. 11-28134 |
| | ) | |
| Debtor. | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | Hearing: June 5, 2013 at 10:00 a.m. |

**FINAL APPLICATION OF MELTZER, PURTILL & STELLE LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Meltzer, Purtill & Stelle LLC ("MPS"), counsel to SKS Properties SE, LLC, debtor and debtor-in-possession in the above-captioned case ("SKS" or the "Debtor"), pursuant to 11 U.S.C. §§ 330 and 503(b)(2), hereby applies (the "Final Application") for the entry of an order allowing as its compensation the amount of $52,349.00 for legal services rendered and $2,785.74 for expenses during the period from October 1, 2012 to May 13, 2013 (the "Final Period"). Of the total amount of fees and expenses sought in this Final Application, none have been paid to MPS thus far. In addition, MPS seeks final allowance of all amounts previously allowed on an interim basis. In support of its Final Application, MPS respectfully states as follows:

**INTRODUCTION**

1. This Court has jurisdiction over this first interim Amended Fee Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. On July 7, 2011 (the "Petition Date"), SKS filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtor continues to operate its business and manage its property as debtor-in-possession pursuant to sections 1107(c) and 1108 of the Bankruptcy Code. No committee has been appointed in this case.

{33568: 002: 01127202.DOC : }

3.     On July 27, 2011, the Court entered the Order Granting Application to Employ and Retain Forrest B. Lammiman (Meltzer, Purtill and Stelle LLC) as Attorneys for the Debtor Pursuant to 11 U.S.C §§ 327(a) and 329 [Dkt. No. 19], approving the employment of MPS as counsel to the Debtor retroactive to the Petition Date.

4.     On February 8, 2012, the Court entered an order [Dkt. No. 116] (the "First Fee Order") approving the first amended interim fee application of MPS for the period from July 7, 2011 to October 31, 2011, and allowing compensation of MPS fees in the amount of $89,245.00 and reimbursement of expenses in the amount of $799.82.  All amounts allowed under the First Fee Order have been paid to MPS by the Debtor and no amounts thereunder remain outstanding.

5.     On November 7, 2012, the Court entered an order [Dkt. No. 227] (the "Second Fee Order") approving the second interim fee application of MPS for the period from July 7, 2011 to September 30, 2012, and allowing compensation of MPS fees in the amount of $149,329.00 and reimbursement of expenses in the amount of $5,407.57.  All amounts allowed under the Second Fee Order have been paid to MPS by the Debtor and no amounts thereunder remain outstanding.

6.     On November 7, 2012, the Court entered an order [Dkt. No. 228] approving the Debtor's Settlement Agreement (the "Settlement Agreement") with its senior secured creditor, Sovereign Bank, N.A., solely in its capacity as servicer for Federal National Mortgage Association (collectively, the "Lender").

7.     On November 7, 2012, the Court entered an order [Dkt. No. 231] confirming the Debtor's Third Amended Plan of Reorganization (the "Plan").  Among other things, the Plan implements the terms of the Debtor's Settlement Agreement with the Lender.

## MPS PROFESSIONALS AND SERVICES PROVIDED

8. The attorneys and paralegals performing services for the Debtor, and their respective hourly billing rates, are set forth in the chart below. The hourly rates for the MPS professionals listed below are customary, reasonable and comparable to hourly rates charged for similar legal services by similarly skilled professionals.

## SUMMARY BY TIMEKEEPER

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| William J. Mitchell | Partner | 575.00 | 5.50 | 3,162.50 |
| Allen C. Balk | Partner | 450.00 | 6.30 | 2,835.00 |
| David L. Kane | Partner | 445.00 | 95.20 | 42,364.00 |
| Forrest B. Lammiman | Partner | 575.00 | 0.50 | 287.50 |
| Irene A. Schulte | Paralegal | 200.00 | 18.50 | 3,700.00 |
| **Total** | | | **126.00** | **$52,349.00** |

9. Pursuant to Bankruptcy Rule 2016(a), a narrative summary of the services rendered by MPS during the Final Period is set forth herein. Itemized and detailed descriptions of the specific services rendered and expenses incurred by MPS to the Debtor during this period are reflected on the billing statements attached hereto as **Exhibits A** through **Exhibit G**. The billing statements set forth the name of each attorney or paralegal providing service, the date on which each service was rendered, the amount of time expended rendering each service in one-tenth (0.10) hourly intervals, a description of the services rendered and the total amount of services rendered by each attorney or paralegal in each category. A master invoice setting forth all of the fees and expenses sought by MPS under this Final Application is also attached hereto as **Schedule 1**.

10. The legal services rendered to the Debtor by MPS and the invoices attached hereto which evidence such services have been categorized pursuant to a task-based billing

system based upon the ABA Uniform Task-Based Management System – Bankruptcy Code Set and Litigation Code Set (the "Code Set"). The Code Set is derived from the code set published by the U.S. Department of Justice, Executive Office for the United States Trustee.

11. The services rendered by MPS to the Debtor during the Final Period have been segregated into ten (10) task-based categories, including an Expense category: (**Exhibit A**) B110-Case Administration; (**Exhibit B**) B160-Fee/Employment Applications; (**Exhibit C**) B210-Business Operations; (**Exhibit D**) B230-Financing/Cash Collections; (**Exhibit E**) B310-Claims Administration and Objections; (**Exhibit F**) B320-Plan and Disclosure Statement; and (**Exhibit G**) Expenses.

12. The fees sought by MPS in each of the aforesaid billing categories are summarized as follows:

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 14.10 | 6,389.50 |
| B160 | Fee/Employment Applications | 13.60 | 6,052.00 |
| B210 | Business Operations | 0.70 | 311.50 |
| B230 | Financing/Cash Collections | 0.50 | 222.50 |
| B310 | Claims Administration and Objections | 1.90 | 845.50 |
| B320 | Plan and Disclosure Statement | 95.20 | 38,528.00 |
| | **Total** | **126.00** | **$52,349.00** |

13. There has been no unnecessary duplication of services by the MPS professionals, either by partners, associates or paralegals of MPS. Where two or more professionals participated in any activity, such joint participation was necessary as a result of (a) either the size or complexity of the matters involved or (b) the need to familiarize each attorney with the matters at issue so that such attorney could perform further necessary services.

14. The tasks performed by MPS in each of the listed categories and the fees and expenses incurred by MPS are set forth in the attached exhibits and are summarized below as follows:

**Exhibit A**: B110-Case Administration. The fees in this category include, without limitation, time expended for the following: day-to-day administration; coordination and compliance matters; correspondence with the U.S. Trustee; review of monthly operating reports and quarterly reports for the U.S. Trustee, monthly disbursement summaries; and general creditor inquiries. As more fully set forth in **Exhibit A** attached hereto, MPS has expended a total of 14.10 hours in this category and is seeking compensation in the amount of $6,389.50.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| William J. Mitchell | Partner | 575.00 | 0.80 | 460.00 |
| Allen C. Balk | Partner | 450.00 | 2.20 | 990.00 |
| David L. Kane | Partner | 445.00 | 11.10 | 4,939.50 |
| **Total** | | | **14.10** | **6,389.50** |

**Exhibit B**: B160-Fee/Employment Applications. The fees in this category include, without limitation, time expended for the following: preparation of fee applications for the Debtor's counsel and appraiser; hearings, correspondence and matters related thereto. As more fully set forth in **Exhibit B** attached hereto, MPS has expended a total of 13.60 hours in this category and is seeking compensation in the amount of $6,052.00.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| David L. Kane | Partner | 445.00 | 13.60 | 6,052.00 |
| **Total** | | | **13.60** | **6,052.00** |

**Exhibit C**: B210-Business Operations. The fees in this category include, without limitation, time expended for the following: attention to day-to-day debtor, creditor, vendor and tenant issues. As more fully set forth in **Exhibit C** attached hereto, MPS has expended a total of 0.70 hours in this category and is seeking compensation in the amount of $311.50.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| David L. Kane | Partner | 445.00 | 0.70 | 311.50 |
| **Total** | | | **0.70** | **$311.50** |

{33568: 002: 01127202.DOC : }

**Exhibit D**: B230-Financing/Cash Collections. The fees in this category include, without limitation, time expended for the following: matters related to cash collateral and operating budgets; correspondence and negotiations related to same; preparation of motions and orders, and hearings related to same. As more fully set forth in **Exhibit D** attached hereto, MPS has expended a total of 0.50 hours in this category and is seeking compensation in the amount of $222.50.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| David L. Kane | Partner | 445.00 | 0.50 | 222.50 |
| Total | | | **0.50** | **$222.50** |

**Exhibit E**: B310-Claims Administration and Objections. The fees in this category include, without limitation, time expended for the following: claims administration and pleadings related thereto. As more fully set forth in **Exhibit E** attached hereto, MPS has expended a total of 1.90 hours in this category and is seeking compensation in the amount of $845.50.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| David L. Kane | Partner | 445.00 | 1.90 | 845.50 |
| Total | | | **1.90** | **$845.50** |

**Exhibit F**: B320-Plan and Disclosure Statement. The fees in this category include, without limitation, time expended for the following: preparation, research related to, strategy, negotiation and formulation of the Debtor's Plan and disclosure statements, and revisions to same; work related to the prolonged settlement negotiations with the Lender and formulation of and entry into the Settlement Agreement; all matters related to implementation of the Plan, including negotiation and closing of the Loan Modification with the Lender. As more fully set forth in **Exhibit F** attached hereto, MPS has expended a total of 95.20 hours in this category and is seeking compensation in the amount of $38,528.00.

| Timekeeper | Category | Rate | Hours | Amount |
|---|---|---|---|---|
| William J. Mitchell | Partner | 575.00 | 4.70 | 2,702.50 |
| Allen C. Balk | Partner | 450.00 | 4.10 | 1,845.00 |
| David L. Kane | Partner | 445.00 | 67.40 | 29,993.00 |
| Forrest B. Lammiman | Partner | 575.00 | 0.50 | 287.50 |
| Irene A. Schulte | Paralegal | 200.00 | 18.50 | 3,700.00 |
| Total | | | **95.20** | **$38,528.00** |

**Exhibit G**: Expenses. The fees in this category may include, without limitation, reimbursement of expenses for the following: in-house and offsite copying and printing at not more than $0.10 per page; delivery services, messengers and overnight couriers; postage; and deposition transcripts. As more fully set forth in **Exhibit G** attached hereto, MPS is seeking compensation in the amount of $2,785.74.

## Disbursement Summary

| | | |
|---|---|---:|
| E102 | Outside printing | 975.84 |
| E107 | Delivery services/messengers | 50.00 |
| E108 | Postage | 288.90 |
| E124 | Other | 1,471.00 |
| | Total Disbursements | $2,785.74 |

## **CONCLUSION**

15. MPS respectfully submits that the fees and expense reimbursement sought to be approved herein are reasonable given the nature, extent and value of services rendered, the complexity of the issues, the quality and skill which the matters required and the costs of comparable services in similar case under chapter 11 in this District.

16. MPS has expended a total of 126.00 hours during the Final Period covered by Final Application for the services described above. The total value of the services and the allowance of compensation requested for those services is $52,349.00. In addition, MPS has incurred $2,785.74 in necessary expenses related to its representation of the Debtor.

17. MPS further requests that Court enter allow on a final basis all amounts previously allowed on an interim basis pursuant to the First Fee Order and the Second Fee Order.

18. MPS requests that the order approving this Final Application be effective immediately upon entry.

{33568: 002: 01127202.DOC : }

## NOTICE

19. Notice of this Final Application has been given to: (a) the Office of the United States Trustee; (b) counsel to the Lender; (c) each party that has filed an appearance or requested notice pursuant to Federal Bankruptcy Rule 2002 and (d) each of the creditors set forth on the Debtor's Creditor Matrix in this case. In light of the nature of the relief requested, MPS submits that no further notice should be required.

WHEREFORE, MPS respectfully requests that the Court enter an order (a) allowing and awarding as MPS's compensation for the Final Period the amount of $52,349.00 for compensation of fees and $2,785.74 for reimbursement of expenses, respectively; (b) allowing on a final basis all amounts previously allowed on an interim basis pursuant to the First Fee Order and the Second Fee Order; and (c) granting such other and further relief as is just and proper.

Dated: May 15, 2013                                Respectfully submitted,

                                                **SKS PROPERTIES SE, LLC** and

                                                **MELTZER, PURTILL & STELLE LLC**

                                                By:  /s/ *David L. Kane*
                                                       One of Its Attorneys

David L. Kane (ARDC No. 6277758)
MELTZER, PURTILL & STELLE LLC
300 South Wacker Drive, Suite 3500
Chicago, Illinois 60606
(312) 987-9900
(312) 987-9854 (facsimile)

{33568: 002: 01127202.DOC : }