**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SKS PROPERTIES SE, LLC, | ) | Case No. 11-28134 |
| | ) | |
| Debtor. | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | Hearing: June 5, 2013 at 10:00 a.m. |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **June 5, 2013 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable A. Benjamin Goldgar in the courtroom usually occupied by him, Courtroom No. 613, in the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois, or before any judge who may be sitting in his place or stead, and shall then and there present the **Debtor's Motion for Final Decree Closing Case**, a copy of which is attached hereto and hereby served upon you, at which time and place you may appear as you see fit.

Dated: May 15, 2013                                **SKS PROPERTIES SE, LLC**

                                By:  /s/ *David L. Kane*
                                        One of Its Attorneys

David L. Kane (ARDC No. 6277758)
MELTZER, PURTILL & STELLE LLC
300 South Wacker Drive, Suite 3500
Chicago, Illinois 60606
(312) 987-9900
(312) 987-9854 (facsimile)

{33568: 002: 01126445.DOC : }

# **CERTIFICATE OF SERVICE**

     I, David L. Kane, an attorney, certify that on May 15, 2013, I caused copies of the attached **Notice of Motion** and **Debtor's Motion for Final Decree Closing Case** to be served (i) via electronic notice on the parties registered in the Court's CM/ECF system and (ii) upon the attached Service List via First Class U.S. Mail, postage prepaid, as noted below:

                                            By:  /s/ *David L. Kane*

Served via CM/ECF electronic notice

- Paige E Barr    paige.barr@kattenlaw.com
- David L Kane    dkane@mpslaw.com, dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
- Forrest B Lammiman    flammiman@mpslaw.com, dkane@mpslaw.com;srogovin@mpslaw.com;dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Michael C. Moody    mmoody@orourkeandmoody.com, firm@orourkeandmoody.com,morourke@orourkeandmoody.com
- Peter A Siddiqui    peter.siddiqui@kattenlaw.com

Served via First Class U.S. Mail

See attached Service List

{33568: 002: 01126445.DOC : }

# SERVICE LIST - CASE NO. 11-28134

| | | |
|---|---|---|
| John Josephitis<br>10226 S. Hyland<br>Chicago Ridge, IL 60415 | Joseph Farwell<br>426 S. Ridge<br>Arlington Heights, IL 60005 | Sandrick Law Firm<br>1581 Huntington Dr.<br>Calumet City, IL 60409 |
| Village of Chicago Ridge<br>10455 S. Ridgeland<br>Chicago Ridge, IL 60415 | Lulkin & Assoc.<br>4211 Main St.<br>Skokie, IL 60076 | ComEd<br>PO Box 6112<br>Carol Stream, IL 60197-6112 |
| Robert Nilles<br>10340 S. Ridgeland Ave., #311<br>Chicago Ridge, IL. 60415 | Sovereign Bank, N.A.<br>Peter A. Siddiqui<br>Katten Muchin Rosenman LLP<br>525 West Monroe Street<br>Chicago, IL 60661 | Renee Williams<br>10400 S. Ridgeland Ave., #209<br>Chicago Ridge, Il. 60415 |
| Nicor Gas<br>PO Box 2020<br>Aurora, IL 60507 | AT&T<br>PO Box 8100<br>Aurora, IL 60507 | Dawn Feltz<br>31 58th Street, #5B<br>Clarendon Hills, IL 60514 |
| Dennis Nolan P.C.<br>221 Railroad Ave.<br>Bartlett, IL 60103 | Dean Vollette<br>10408 S. Ridgeland Avenue, #302<br>Chicago Ridge, IL 60415 | Denise Williams<br>10350 S. Ridgeland Ave., #306<br>Chicago Ridge, IL 60415 |
| Jason Canby<br>9219 S. Central<br>Chicago Ridge, IL 60415 | Sonja Burnell<br>10340 S. Ridgeland Ave., #104<br>Chicago Ridge, IL 60415 | Trugreen<br>1935 Lombardy Drive<br>Rapid City, SD 57701 |
| Steve Zumbo<br>10340 S. Ridgeland Ave., #112<br>Chicago Ridge, IL 60415 | Bill Britz<br>9429 S. Kenton, Apt. #2N<br>Oak Lawn, IL 60453 | Samira Young<br>10340 S. Ridgeland Ave. - #102<br>Chicago Ridge, IL 60415 |
| Nellina Rogers<br>10408 S. Ridgeland Avenue, #215<br>Chicago Ridge, IL 60415 | Phillip Raney<br>6351 Birmingham St., #3E<br>Chicago Ridge, IL 60415 | Linda Lyons<br>10340 S. Ridgeland Ave., #201<br>Chicago Ridge, IL 60415 |
| Dobson Landscaping<br>12108 Derby Lane<br>Orland Park, IL 60464 | Tarina Riley<br>10340 S. Ridgeland Avenue, #302<br>Chicago Ridge, IL 60415 | Angelic Washington<br>13301 Central Park Ave.<br>Robbins, IL 60472 |
| Metro Clerking<br>134 N. LaSalle Street, Suite 1320<br>Chicago, IL 60602 | Marcell Clemon<br>10340 S. Ridgeland Avenue, #313<br>Chicago Ridge, IL 60415 | Alma Johnson<br>11849 S. Karlov Ave., #1B<br>Alsip, IL 60803 |

Karen Swims
10350 S. Ridgeland Avenue, #109
Chicago Ridge, IL 60415

Greg Serenda
10350 S. Ridgeland Avenue, #107
Chicago Ridge, IL 60415

Carol Horalek
10350 S. Ridgeland Avenue, #105
Chicago Ridge, IL 60415

Jose Granados
10350 S. Ridgeland Avenue, #207
Chicago Ridge, IL 60415

Torris Vaughn
10350 S. Ridgeland Avenue, #205
Chicago Ridge, IL 60415

Cybille Alexander
10350 S. Ridgeland Avenue, #206
Chicago Ridge, IL 60415

Nanatumbu Wright
P.O. Box 25044
Chicago, IL 60625

Jennifer Liapis
10400 S. Ridgeland Ave., #109
Chicago Ridge, IL 60415

Eddie Brown
10350 S. Ridgeland Avenue, #209
Chicago Ridge, IL 60415

Charmie McKinney
10400 S. Ridgeland Ave., #107
Chicago Ridge, IL 60415

Nancy Cedeno
10113 S. Karlov Ave.
Oak Lawn, IL 60453

Marsha Firsel
10350 S. Ridgeland Avenue, #305
Chicago Ridge, IL 60415

Amina Boudaz
6729 W. Lloyd Dr., #5
Worth, IL 60482

Nora Contreras
9808 Mansfield Ave.
Oak Lawn, IL 60453

Melanie Mills
16733 Forest Ave., #3N
Oak Forest, IL 60452

Carla Rubio
10400 S. Ridgeland Ave.
Chicago Ridge, IL 60415

Robert Baldwin
10400 S. Ridgeland Ave., #106
Chicago Ridge, IL 60415

Kiwana Bickerstaff
10408 S. Ridgeland Avenue, #202
Chicago Ridge, IL 60415

Joseph Bosch
10400 S. Ridgeland Ave., #207
Chicago Ridge, IL 60415

Farwell Real Estate
2340 S. Arlington Heights Road, #202
Arlington Heights, IL 60005

Malarczyk
10400 S. Ridgeland Avenue, #307
Chicago Ridge, IL 60415

Alicia Mitchell
10400 S. Ridgeland Avenue, #211
Chicago Ridge, IL 60415

Fatai Otokiti
10408 S. Ridgeland Avenue, #214
Chicago Ridge, IL 60415

Damon Williams
10400 S. Ridgeland Avenue, #310
Chicago Ridge, IL 60415

Dione Bigby
10400 S. Ridgeland Avenue, #305
Chicago Ridge, IL 60415

Jenny L. Jones
10408 S. Ridgeland Avenue, #313
Chicago Ridge, IL 60415

Stephanie Kraslen
10400 S. Ridgeland Avenue, #312
Chicago Ridge, IL 60415

Sergio Diaz
10400 S. Ridgeland Avenue, #311
Chicago Ridge, IL 60415

Erica Lavelle
10400 S. Ridgeland Avenue, #309
Chicago Ridge, IL 60415

Kerry Barton
10408 S. Ridgeland Avenue, #104
Chicago Ridge, IL 60415

Derrick James
10408 S. Ridgeland Avenue, #102
Chicago Ridge, IL 60415

Cindy Luna
10400 S. Ridgeland Avenue
Chicago Ridge, IL 60415

Office of the U.S. Trustee-Region 11
219 S. Dearborn St. – Room 873
Chicago, IL 60604

David Messing
10408 S. Ridgeland Avenue, #115
Chicago Ridge, IL 60415

Richard Kisel
10408 S. Ridgeland Avenue, #103
Chicago Ridge, IL 60415

Elaine Wilczek
10340 S. Ridgeland Ave., #111
Chicago Ridge, IL 60415

Michael C. Moody
O'Rourke & Moody
55 W. Wacker Dr. – Suite 1400
Chicago, IL 60601-1799

Joshua A. Gadharf
McDonald Hopkins PLC
39533 Woodward Ave., #318
Bloomfield Hills, MI 48304-5106

Jason Canby
10907 Lloyd
Worth, IL 60482-1549

McKinney
10400 S. Ridgeland Ave., #107
Chicago Ridge, IL 60415

SKS Properties SE, LLC
2340 S. Arlington Heights Rd.
Suite 202
Arlington Heights, IL 60005

Sean Broomans
10540 Brooks Lane, #C7
Chicago Ridge, IL 60415

Paige E. Barr
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 6061-3693

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SKS PROPERTIES SE, LLC, | ) | Case No. 11-28134 |
| | ) | |
| Debtor. | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | Hearing: June 5, 2013 at 10:00 a.m. |

## DEBTOR'S MOTION FOR FINAL DECREE CLOSING CASE

SKS Properties SE, LLC, debtor and debtor-in-possession in the above-captioned Chapter 11 case ("Debtor"), by and through its undersigned counsel, hereby moves (the "Motion") this Court for the entry of a final decree closing the above-captioned case. In support of the Motion, the Debtor respectfully states as follows:

### JURISDICTION

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

2. On July 7, 2011 (the "Petition Date"), SKS filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101-1532 (as amended, the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of Illinois (the "Court"), commencing the above-captioned chapter 11 case. The Debtor continues to operate its business and manage its property as debtor-in-possession pursuant to sections 1107(c) and 1108 of the Bankruptcy Code.

3. On November 7, 2012, the Court entered an order [Dkt. No. 228] approving the Debtor's Settlement Agreement (the "Settlement Agreement") with its senior

{33568: 002: 01126445.DOC : }

secured creditor, Sovereign Bank, N.A., solely in its capacity as servicer for Federal National Mortgage Association (collectively, the "Lender").

4. On November 7, 2012, the Court entered an order [Dkt. No. 231] confirming the Debtor's Third Amended Plan of Reorganization (the "Plan"). Among other things, the Plan implements the terms of the Debtor's Settlement Agreement with the Lender.

5. On July 10, 2012, the Plan became effective in accordance with its terms [Dkt. No. 358].

6. The statutory predicates for the relief requested herein are section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022.

**RELIEF REQUESTED**

7. The Debtor requests that the Court issue a final decree closing the Debtor's bankruptcy case as provided for in section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022.

**BASIS FOR RELIEF AND APPLICABLE AUTHORITY**

8. Section 350(a) of the Bankruptcy Code provides that "[a]fter an estate is fully administered and the court has discharged the trustee, the court shall close the case." 11 U.S.C. § 350(a). Bankruptcy Rule 3022, which implements section 350 of the Bankruptcy Code, further provides that "[a]fter an estate is fully administered in a Chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." Fed. R. Bankr. P. 3022.

9. The term "fully administered" is not defined by either the Bankruptcy Code or the Bankruptcy Rules. The Advisory Committee Notes to Bankruptcy Rule 3022, however, set forth the following non-exclusive list of factors to be considered to determine

whether a case has been fully administered: (i) whether the order confirming the plan has become final; (ii) whether deposits required by the plan have been transferred; (iii) whether the property proposed by the plan to be transferred has been transferred; (iv) whether the debtor [or its successor] has assumed the business or management of the property dealt with by the plan; (v) whether payments under the plan have commenced; and (vi) whether all motions, contested matters and adversary proceedings have been finally resolved.

10. These six factors, however, are merely guidelines that aid a court's determination, and each of the factors need not be present before a court enters a final decree. Courts have found that it is not necessary to complete a final distribution under a plan of reorganization to close a case. *See, e.g., re JMP-Newcor International, Inc.,* 225 B.R. 462, 465 (Bankr. N.D. Ill. 1998); *Jay Bee Enterprises*, 207 B.R. 536, 538 (Bankr. E.D. Ky. 1997).

11. The Debtor's chapter 11 case has been fully administered within the meaning of section 350(a) of the Bankruptcy Code, making it appropriate for the Court to enter a final decree closing the chapter 11 case. Here, each of the six factors identified above has been satisfied:

(a) The order confirming the Plan became a final order on November 21, 2012. The occurrence of the Effective Date under the Plan took place on May 2, 2013.

(b) No deposits were required under the Plan.

(c) None of the Debtor's property was required to be transferred under the Plan.

(d) The Debtor has assumed the business or management of the property dealt with by the Plan.

(e) All required payments under the Plan have been made. There were no Class 1

<u>Priority Tax Claims</u> under the Plan. On May 2, 2013, the Debtor (i) closed its Loan Modification with the Lender evidencing its long-term loan modification, (ii) made all of its required payments in connection therewith and the Settlement Agreement, and (iii) has commenced regular payments thereon fulfilling the <u>Class 2 Lender's Claims</u>. All <u>Class 3 General Unsecured Claims</u> have either been paid in full or otherwise by agreement with all creditors in Class 3. <u>Class 4 Debtor Interests</u> have vested in the Reorganized Debtor. <u>Class 5 Security Deposit Claims</u> have passed through unaffected by the Plan. *See* Local Rule 3022-1.

(f) Simultaneously herewith, counsel to the Debtor has filed its final fee application. All other motions, contested matters and adversary proceedings have been finally resolved.

12. Accordingly, because the Plan has been substantially consummated and the Debtor's estate has been fully administered, there is ample justification for entry of a final decree closing the Debtor's chapter 11 case at this time.

## **NOTICE**

13. Pursuant to Bankruptcy Rules 2002 and 3022, and Local Rule 3022-1, notice of the hearing on the Motion is being contemporaneously served upon (i) the U.S. Trustee, (ii) each party filing an appearance or requesting notice in the Debtor's chapter 11 case, and (iii) all creditors and parties-in-interest. The Debtor submits that the aforementioned service constitutes good and sufficient notice of the Motion under the circumstances and that no further or other notice is required.

{33568: 002: 01126445.DOC : }

WHEREFORE, the Debtor respectfully requests that the Court enter a final decree closing it chapter 11 case.

Dated: May 15, 2013                                **SKS PROPERTIES SE, LLC**

                                                   By: /s/ *David L. Kane*
                                                         One of Its Attorneys

Forrest B. Lammiman (ARDC No. 6208632)
David L. Kane (ARDC No. 6277758)
MELTZER, PURTILL & STELLE LLC
300 South Wacker Drive, Suite 3500
Chicago, Illinois 60606
(312) 987-9900
(312) 987-9854 (facsimile)

{33568: 002: 01126445.DOC : }