UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 11-28134 |
| | ) | |
| SKS PROPERTIES SE, LLC, | ) | Chapter: 11 |
| | ) | |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING DEBTOR'S MOTION FOR FINAL DECREE CLOSING CASE**

THIS CAUSE coming to be heard on the motion (the "Motion") of SKS Properties SE, LLC, debtor and debtor-in-possession in the above-captioned case (the "Debtor"), pursuant to section 350(a) of the Bankruptcy Code and Rule 3022 of the Federal Rules of Bankruptcy Procedure, for entry of final decree closing the Debtor's chapter 11 case; the Court, after having given due deliberation to the Motion and all of the proceedings had before the Court in connection with the Motion, hereby finds and determines that: (i) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iv) proper and adequate notice of the Motion and the hearing thereon have been given, and no other or further notice is necessary;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED, and the above-captioned case shall be closed as provided for in section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022. ~~effective as of the date this order is entered.~~

Enter:

*/s/ A. Benjamin Goldgar/*
Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: 0 5 JUN 2013

**Prepared by:**

David L. Kane (ARDC# 6277758)
Meltzer, Purtill & Stelle, LLC
300 S. Wacker Drive, Suite 3500
Chicago, Illinois 60606
(312) 987-9900
(312) 987-9854 (facsimile)

Rev: 201100318_bko